RITA M. ALLISS POWERS (No. 6203623) (Admitted *pro hac vice*)
HOWARD K. JERUCHIMOWITZ (No. 6243182) (Admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail:  powersr@gtlaw.com, jeruchimowitzh@gtlaw.com

RAY A. SARDO (SBN 245421)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California  95814
Telephone: (916) 442-1111
Facsimile:  (916) 448-1709
E-mail:  sardor@gtlaw.com


Attorneys for Defendant/Counter-Plaintiff
MANTECA LIFESTYLE CENTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>　　　Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>　　　Defendant. | CASE NO. 2:10-CV-00389-WBS-KJN<br><br><br><br>**ORDER APPROVING STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER** |
| MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>　　　Counter-Claimant,<br><br>v.<br><br>BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>　　　Counter-Defendant. | |

Upon the *Stipulation to Amend the Status (Pretrial Scheduling) Order* between Manteca Lifestyle Center, LLC and Best Buy Stores, L.P.; and no previous application for such relief having been made; and upon consideration of the Stipulation, it is hereby

ORDERED that the Stipulation is hereby approved.

ORDERED that the deadline for the Parties to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be no later than July 29, 2011;

ORDERED that the deadline for the Parties to disclose rebuttal experts and produce rebuttal expert reports shall be no later than August 26, 2011;

ORDERED that the deadline to complete all discovery shall be no later than September 30, 2011 with all motions to compel to be heard no later than September 30, 2011;

ORDERED that the deadline by which the Parties must file all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be December 1, 2011;

ORDERED that the date of the **Final Pretrial Conference shall be January 23, 2012 at 2:00 p.m.** in Courtroom 5 at which time a settlement conference will be set, as stated in the prior Scheduling Order;

ORDERED that the **trial date shall be March 27, 2012 at 9:00 a.m.**

Dated:   March 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE