UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC. a Delaware limited liability company,<br><br>Defendant. | Case No. 2:10-CV-00389-WBS-KJN<br><br>**ORDER ON JOINT STIPULATION FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

ORDER

Based on the foregoing Stipulation, and good cause appearing therefore, the Court hereby adopts the foregoing provisions of the Joint Stipulation as an Order and grants Plaintiff leave of Court to file a First Amended Complaint in this litigation and for Defendant to file a response within 28 calendar days thereafter.

Dated: May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

60441414.4

**ORDER RE: FILING FIRST AMENDED COMPLAINT**