1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   BEST BUY STORES, L.P., a Virginia
     limited partnership,

11
                 Plaintiff,                    No. 2:10-cv-0389-WBS-KJN
12
            vs.
13
     MANTECA LIFESTYLE CENTER, LLC,
14   a Delaware limited liability company,

15               Defendant.                    ORDER

16   _____/

17          It is hereby ordered that the Request (Dkt. No. 49) by attorney Amy M. Churan to

18   appear telephonically at the hearing on the Joint Statement Regarding Discovery Disagreement

19   Relating to Plaintiff Best Buy Stores, L.P.'s Motion to Compel Manteca Lifestyle Center LLC to

20   Produce Documents Responsive to Requests for Production, set on June 9, 2011, at 10:00 a.m., is

21   GRANTED.  Attorney Amy M. Churan will be available at (310) 229-5881 for this telephonic

22   appearance.

23          It is also hereby ordered that the Request (Dkt. No. 50) of attorney Howard K.

24   Jeruchimowitz to appear telephonically at the hearing on the Best Buy Stores, L.P.'s Motion to

25   Compel Manteca Lifestyle Center, LLC to Produce Documents Responsive to Requests for

26   Production, scheduled for hearing on June 9, 2011, at 10:00 a.m., is GRANTED.  Attorney

1    Howard K. Jeruchimowitz will be available at (312) 456-8400 for this telephonic appearance.

2         **IT IS SO ORDERED.**

3    DATED:  June 6, 2011

4

5                                        _____

6                                        KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2