1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BEST BUY STORES, L.P., a Virginia
     limited partnership,
12
                    Plaintiff,                No. 2:10-cv-0389-WBS-KJN
13
            vs.
14
     MANTECA LIFESTYLE CENTER, LLC,
15   a Delaware limited liability company,

16                  Defendant.                <u>ORDER</u>

17   _____

18          At the joint request of plaintiff and counter-defendant Best Buy Stores, L.P. (the

19   "plaintiff" or "Best Buy") and defendant and counter-claimant Manteca Lifestyle Center, LLC

20   (the "defendant" or "Manteca"), on August 3, 2011, at 9:30 a.m., the undersigned presided over

21   an informal telephonic discovery conference.[1]  Attorneys Amy Churan and Michael Geibelson

22   attended telephonically on behalf of the plaintiff.  Attorney Howard Jeruchimowitz attended

23   telephonically on behalf of the defendant.

24          For the reasons discussed during the conference and based on the parties'

25   stipulations stated therein, good cause appearing, it is hereby ORDERED that the Status (Pretrial

26
     _____
            [1]  This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

Scheduling) Order (Dkt. No. 24) as previously amended on March 3, 2011 (Dkt. No. 37) be

further amended[2] as follows:

      1.     The deadline for the parties to disclose experts and produce reports in

accordance with Federal Rule of Civil Procedure 26(a)(2) shall be <u>extended</u> from July 29, 2011,

to <u>August 12, 2011</u>.

      2.     The deadline for the parties to disclose rebuttal experts and produce

rebuttal expert reports shall be <u>extended</u> from August 26, 2011, to <u>September 9, 2011</u>.

      3.     The deadline to complete all discovery shall be <u>extended</u> from September

30, 2011, to <u>October 31, 2011</u>, with all motions to compel to be heard no later than <u>October 31,</u>

<u>2011</u>.

      4.     All other deadlines are to remain unchanged.

      Further, for the reasons discussed during the conference and based upon the

representations of the parties, it is hereby ORDERED that:

      5.     Plaintiff's request for leave to take more than ten depositions pursuant to

Federal Rule of Civil Procedure 30(a)(2)(A)(i) is denied without prejudice at this time.

          (a)    Plaintiff may request such leave in the future; however, for each

additional deposition requested plaintiff must provide a detailed

explanation as to why that particular deposition is necessary and

why its necessity was not previously anticipated.  The detailed

explanation(s) should include supporting citations to specific

discovery documents and/or witness testimony.  Any such request

should also explain why the additional deposition(s) would be

consistent with the principles governing limitations on discovery.

---

     [2]  The Status (Pretrial Scheduling) Order gives the magistrate judge the authority to hear and decide requests to modify the dates or terms therein, except for requests to change the trial date.  (Dkt. No. 24 at 5.)

1  Fed. R. Civ. P. 26(b)(2).  The parties remain free to stipulate to the

2  taking of additional depositions and, where reasonable, are

3  encouraged to do so.

4  6.  By close of business on Monday, August 8, 2011, defendant is ordered to

5  complete its document production in its entirety, including but not limited to the production of

6  two unredacted leases as discussed during the teleconference.

7  7.  By close of business on Friday, August 12, 2011, plaintiff is ordered to

8  complete its document production in its entirety, including but not limited to the production of

9  plaintiff's redacted financial reports as discussed during the teleconference.

10  8.  The hearing currently set for August 25, 2011, regarding Defendant's

11  Motion For Protective Order, Or, In The Alternative, To Quash The Subpoenas (Dkt. No. 55),

12  shall remain on calendar.  If the parties are unable to resolve this dispute through their continued

13  meet and confer efforts, the parties shall file a Joint Statement re: Discovery Disagreement *at*

14  *least* seven days before the hearing date in accordance with Local Rule 251.  Counsel may appear

15  telephonically at the hearing, but must make arrangements for telephonic appearance by

16  contacting the undersigned's courtroom deputy at (916) 930-4187.  Counsel may also stipulate

17  that the hearing be taken off calendar and may instead request another informal telephonic

18  conference.

19  IT IS SO ORDERED.

20  DATED:  August 3, 2011

21

22  _____

23  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

24

25

26

3