Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Amy M. Churan, Bar No. 216932
AMChuran@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:	310-552-0130
Facsimile:	310-229-5800

Attorneys for Plaintiff
BEST BUY STORES, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>MANTECA LIFESTYLE CENTER, LLC. a Delaware limited liability company,<br><br>          Defendant. | Case No.  2:10-CV-00389-WBS-KJN<br><br>**JOINT STIPULATION TO AMEND THE NOVEMBER 12, 2010 PROTECTIVE ORDER** |
| MANTECA LIFESTYLE CENTER, LLC<br><br>          Counter-Claimant<br><br>     v.<br><br>BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>          Counter-Defendant | |

Plaintiff BEST BUY STORES, L.P., ("Best Buy") and Defendant MANTECA LIFESTYLE CENTER, LLC ("Manteca"), collectively referred to as the "Parties" by and through their respective undersigned counsel, hereby stipulate and agree as follows:

60511238.1

JOINT STIPULATION RE MODIFICATION OF PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by the stipulating parties that:

1. Documents produced by third-party MSTSD, Inc., will be covered under the protections of the "Revised Stipulated Protective Order" dated November 12, 2010, attached hereto as Exhibit "A".

2. Further, the following language will be deemed to be part of the Revised Stipulated Protective Order as category "(f)" under Section 1 entitled: <u>PURPOSES AND LIMITATIONS</u> as follows:

> f). Documents produced by non-parties that include internal design and construction documents related to the planning, design and development of the Manteca Lifestyle Center project. These records are unique and highly proprietary and protection of this information as Highly Confidential is very important to the competitive position of the respective non-party. Protection by way of a court order is appropriate so that there is a prompt mechanism to extract any designated documents from public disclosure, whether inadvertent or otherwise.

DATED: September ___, 2011          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
      Michael A. Geibelson
      Amy M. Churan

**ATTORNEY FOR PLAINTIFF
BEST BUY STORES, L.P.**

DATED: September ___, 2011          **GREENBERG TRAURIG, LLP**

By: _____
      Howard Jeruchimowitz

**ATTORNEY FOR DEFENDANT
MANTECA LIFESTYLE CENTER, LLC**

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | **DATED: September 29, 2011**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES