RITA M. ALLISS POWERS (No. 6203623) (Admitted *pro hac vice*)
HOWARD K. JERUCHIMOWITZ (No. 6243182) (Admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail:  powersr@gtlaw.com, jeruchimowitzh@gtlaw.com

MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California  95814
Telephone: (916) 442-1111
Facsimile:  (916) 448-1709
E-mail:  koenigsbergm@gtlaw.com


Attorneys for Defendant/Counter-Plaintiff,
MANTECA LIFESTYLE CENTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 2:10-CV-00389-WBS-KJN<br><br>**JOINT STIPULATION and ORDER TO AMEND THE NOVEMBER 12, 2010 PROTECTIVE ORDER** |
| MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>    Counter-Claimant,<br><br>v.<br><br>BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>    Counter-Defendant. | |

Plaintiff BEST BUY STORES, LP ("Best Buy") and MANTECA LIFESTYLE CENTER, LLC ("Manteca"), collectively referred to as the "Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. Documents produced by third-party BASS PRO STORES, LP ("Bass Pro") will be covered under the protections of the "Revised Stipulated Protective Order" dated November 12, 2010, attached hereto as Exhibit "A."

2. Further, the following language will be deemed to be part of the Revised Stipulated Protective Order as category (g) under Section 7.3 entitled "<u>Disclosure of "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY Information or Items</u> as follows:

(g) Documents produced by Bass Pro that are marked "Highly Confidential - Attorneys' Eyes Only" may only be viewed by Best Buy's outside counsel and not by Best Buy's in-house counsel.

3. Bass Pro will redact any economic/financial terms from the documents produced.

Dated: October __, 2011        ROBBINS, KAPLAN, MILLER & CIRESI LLP

By:_____
     Michael Geibelson
     Amy Churan

**ATTORNEY FOR PLAINTIFF BEST BUY STORES, L.P.**

Dated: October __, 2011        GREENBERG TRAURIG, LLP

By:_____
     Howard Jeruchimowitz
     Matthew S. Gray

**ATTORNEY FOR MANTECA LIFESTYLE CENTER, LLC**

1    PURSUANT TO STIPULATION, IT IS SO ORDERED:

2   DATED: OCTOBER 20, 2011

3

4

5   _____
    KENDALL J. NEWMAN
6   UNITED    STATES    MAGISTRATE    JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28