1  RITA M. ALLISS POWERS (No. 6203623) (Admitted *pro hac vice*)
2  HOWARD K. JERUCHIMOWITZ (No. 6243182) (Admitted *pro hac vice*)
3  GREENBERG TRAURIG, LLP
   77 West Wacker Drive Suite 3100
4  Chicago, IL 60601
   Telephone: (312) 456-8400
5  Facsimile: (312) 456-8435
   E-mail: powersr@gtlaw.com, jeruchimowitzh@gtlaw.com
6
   MARC B. KOENIGSBERG (SBN 204265)
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, California 95814
   Telephone: (916) 442-1111
9  Facsimile: (916) 448-1709
   E-mail: koeningsbergm@gtlaw.com
10
   Attorneys for Defendant/Counter-Plaintiff
11 MANTECA LIFESTYLE CENTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>        Plaintiff,<br><br>   v.<br><br>MANTECA LIFESTYLE CENTER, LLC. a Delaware limited liability company,<br><br>        Defendant. | Case No. 2:10-CV-00389-WBS-KJN<br><br>**ORDER APPROVING THE AMENDED JOINT STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING ORDER)** |
| MANTECA LIFESTYLE CENTER, LLC<br><br>        Counter-Claimant<br><br>   v.<br><br>BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>        Counter-Defendant | |

1  Upon the *Amended Joint Stipulation to Amend the Status (Pretrial Scheduling) Order*
2  between Manteca Lifestyle Center, LLC and Best Buy Stores, L.P.; and upon consideration of the
3  Amended Joint Stipulation, it is hereby

4  ORDERED that the Amended Joint Stipulation is approved:

5  ORDERED that the hearing date for Manteca's Motion for Summary Judgment and
6  Manteca's Motion to Exclude Plaintiff's Experts be continued until March 12, 2012;

7  ORDERED that the date of the Final Pretrial Conference shall be April 16, 2012 at 2:00
8  p.m. in Courtroom 5 at which time a settlement conference will be set, as stated in the prior
9  Scheduling Order;

10  ORDERED that the Trial date is scheduled for June 12, 2012 at 9:00 a.m.

DATED: December 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*CHI 61,853,690*