UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BEST BUY STORES, L.P., | NO. CIV. 2:10-389 WBS KJN |
| Plaintiff, | |
| v. | ORDER RE: REQUESTS TO SEAL |
| MANTECA LIFESTYLE CENTER, LLC, | |
| Defendant. | |

Defendant's Request to Seal Documents in Support of its Motion for Summary Judgment (Docket No. 76), Defendant's Request to Seal Documents in Support of Defendant's Motion to Exclude Plaintiff's Experts (Docket No 74), and Plaintiff's Request to Seal Exhibits to Declarations of Rebecka M. Biejo and Paul Waazan in Support of Best Buy's Opposition to Defendant's Motion to Exclude Plaintiff's Experts (Docket No. 96) are hereby DENIED, for the reasons that the moving parties have not made the requisite showing that the documents sought to be sealed are privileged or that the need to keep the public from seeing them outweighs the administrative hassle or the confusion that

1

1 | might be created in attempting to place and maintain such documents
2 | under seal.
3 | DATED:   February 7, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE