UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BEST BUY STORES, L.P.,            NO. CIV. 2:10-389 WBS KJN

      Plaintiff,

  v.                              AMENDED ORDER RE: REQUESTS TO SEAL

MANTECA LIFESTYLE CENTER, LLC,

      Defendant.
_____/

      All outstanding motions to seal documents are hereby DENIED, for the reasons that the moving parties have not made the requisite showing that the documents sought to be sealed are privileged or that the need to keep the public from seeing them outweighs the administrative hassle or the confusion that might be created in attempting to place and maintain such documents under seal.  This order supersedes the court's previous Order, filed February 8, 2012, (Docket No. 114).

DATED: February 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE