|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BEST BUY STORES, L.P.,                    NO. CIV. 2:10-389 WBS KJN

       Plaintiff,

   v.                                    <u>ORDER</u>

MANTECA LIFESTYLE CENTER, LLC,

       Defendant.
_____/

----oo0oo----

       Upon receipt and consideration of the parties' estimates of voir dire and motions in limine, IT IS HEREBY ORDERED that the motions in limine upon which the parties require a ruling before the commencement of trial will be heard beginning at 9:00 a.m. on June 12, 2010.  If either party seeks a ruling prior to the commencement of trial on the admissibility of testimony, the party seeking to offer such testimony shall be prepared to produce the witness or witnesses who will give such testimony for voir dire or examination by the objecting party and

1  the court, if required, at that time.  Jury selection will begin
2  at 9:00 a.m. on June 14, 2012.  The trial will be begin with
3  opening statements and the testimony of witnesses on June 19,
4  2012 at 9:00 a.m.
5  DATED:  April 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE