1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11                          ----oo0oo----

12
    BEST BUY STORES, L.P.,                NO. CIV. 2:10-389 WBS KJN
13
              Plaintiff,
14                                        ORDER
         v.
15
    MANTECA LIFESTYLE CENTER, LLC,
16
              Defendant.
17  _____/

18
                            ----oo0oo----
19

20          Upon receipt and consideration of the parties'

21  estimates of voir dire and motions in limine, IT IS HEREBY

22  ORDERED that the motions in limine upon which the parties require

23  a ruling before the commencement of trial will be heard beginning

24  at 9:00 a.m. on June 12, 2010.  If either party seeks a ruling

25  prior to the commencement of trial on the admissibility of

26  testimony, the party seeking to offer such testimony shall be

27  prepared to produce the witness or witnesses who will give such

28  testimony for voir dire or examination by the objecting party and

                                  1

1  the court, if required, at that time.  Jury selection will begin

2  at 9:00 a.m. on June 14, 2012.  The trial will be begin with

3  opening statements and the testimony of witnesses on June 19,

4  2012 at 9:00 a.m.

5  DATED:   April 24, 2012

6

7  _____

   WILLIAM B. SHUBB

8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28