IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEST BUY STORES, L.P., a Virginia Limited Partnership,

        Plaintiff,

   v.

MANTECA LIFESTYLE CENTER, LLC,

        Defendant.

No. 2:10-cv-00389 WBS KJN

ORDER

AND RELATED COUNTERCLAIM
_____/

      Presently before the court is defendant's counsel's request to appear by telephone at the June 7, 2012 hearing on defendant's motion to compel further discovery regarding recent closures of certain Best Buy Stores.[1]  The request was made by defendant's lead trial counsel, who is located in Chicago, Illinois, and its local counsel.  The undersigned grants defendant's counsel's request.

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's counsel's request to appear by telephone at the June 7, 2012 hearing on defendant's motion to compel (Dkt. No. 175) is granted. Defendant's counsel, Rita M. Aliss Powers and Marc B. Koenigsberg, may appear at the hearing by telephone.

2. Defendant's counsel shall promptly contact the undersigned's Courtroom Deputy at (916) 930-4187, and provide him with a dedicated, hard telephone line at which the court may contact defendant's counsel at the time of the hearing.

IT IS SO ORDERED.

DATED: May 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE