Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Amy M. Churan, Bar No. 216932
AMChuran@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiff and Counter-Defendant
BEST BUY STORES, L.P.

RITA M. ALLISS POWERS (No. 6203623)
(Admitted pro hac vice)
HOWARD K. JERUCHIMOWITZ (No. 6243182)
(Admitted pro hac vice)
GREENBERG TRAURIG, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail: powersr@gtlaw.com, jeruchimowitzh@gtlaw.com

MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
E-mail: koeningsbergm@gtlaw.com

Attorneys for Defendant/Counter-Plaintiff
MANTECA LIFESTYLE CENTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BEST BUY STORES, L.P., a Virginia limited partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>MANTECA LIFESTYLE CENTER, LLC. a Delaware limited liability company,<br><br>            Defendant. | Case No.  2:10-CV-00389-WBS-KJN<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

MANTECA LIFESTYLE CENTER, LLC

        Counter-Claimant

   v.

BEST BUY STORES, L.P., a Virginia limited partnership,

        Counter-Defendant

TO ALL INTERESTED PERSONS AND PARTIES:

Having reviewed and considered the Stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a) and (c), this action is hereby dismissed with prejudice, in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 2, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE